1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY E. SONNETT, SB# 163182
2   E-Mail: Anthony.Sonnett@lewisbrisbois.com
STEVEN A. DABROWSKI, SB# 294194
3   E-Mail: Steven.Dabrowski@lewisbrisbois.com
633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant
VOLVO GROUP NORTH AMERICA,
7  LLC

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
10

| | |
|---|---|
| 11  TAMEIKA MORI,<br><br>12      Plaintiff,<br><br>13  vs.<br><br>14  TAYLOR MACHINE WORKS, INC.;<br>VOLVO GROUP NORTH AMERICA,<br>15  LLC; DOES 1 to 30,<br><br>16      Defendants. | CASE NO.<br>Lower Case No. RG19004473<br><br>**CERTIFICATE OF SERVICE OF<br>NOTICE TO ADVERSE PARTY OF<br>REMOVAL TO FEDERAL COURT** |

17      Samantha Cox certifies and declares as follows:

18      I am over the age of 18 years and not a party to this action.

19      My business address is 633 West 5th Street, Suite 4000 which is in the city,

20  county, and state where the mailing described below took place.

21      On March 25, 2019, I deposited in the United States Mail at Los Angeles,

22  California, a copy of the Notice to Adverse Party of Removal to Federal Court dated

23  March 25, 2019, a copy of which is attached to this Certificate as Exhibit 1.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on March 25, 2019

26

27      _____
Samantha Cox

28
4819-3037-3006.1

CERTIFICATE OF SERVICE OF NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL
COURT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT "1"

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY E. SONNETT, SB# 163182
  E-Mail: Anthony.Sonnett@lewisbrisbois.com
STEVEN A. DABROWSKI, SB# 294194
  E-Mail: Steven.Dabrowski@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
VOLVO GROUP NORTH AMERICA, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA, UNLIMITED JURISDICTION / NORTHERN BRANCH

RENE C. DAVIDSON ALAMEDA COUNTY COURTHOUSE

| | |
|---|---|
| TAMEIKA MORI,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR MACHINE WORKS, INC.;<br>VOLVO GROUP NORTH AMERICA, LLC;<br>DOES 1 to 30,<br><br>Defendants. | CASE NO. RG19004473<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>[Assigned for All Purposes to:<br>The Hon. Evelio Grillo – Dept. 15]<br><br>Action Filed:   January 23, 2019<br>Trial Date:     None Set |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California, Oakland Division on March 25, 2019.  The basis for defendant's removal is diversity jurisdiction.

///

///

///

///

///

///

///

4817-1249-7806.1

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1    A copy of the Notice of Removal is attached to this Notice as **Exhibit "A,"** and is served

2    and filed herewith.

3

4    DATED: March 25, 2019              LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6                                       By: _____

7                                       Steven A. Dabrowski
                                        Attorneys for Defendant VOLVO GROUP
8                                       NORTH AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-1249-7806.1
                                          2
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

**CALIFORNIA STATE COURT PROOF OF SERVICE**

Mori v. VGNA - Case No. RG19004473

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On March 25, 2019, I served the following document(s): **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Michael Villeggiante, Esq.
WELTIN, STREB, & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel:    510-251-6060
Fax:   510-251-6040
Email: mvilleggiante@weltinlaw.com

*Attorneys for Plaintiff Tameika Mori*

The documents were served by the following means:

☒       (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒       Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 25, 2019, at Los Angeles, California.

_____
SAMANTHA COX

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT "A"

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY E. SONNETT, SB# 163182
   E-Mail: Anthony.Sonnett@lewisbrisbois.com
STEVEN A. DABROWSKI, SB# 294194
   E-Mail: Steven.Dabrowski@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
VOLVO GROUP NORTH AMERICA, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA, UNLIMITED JURISDICTION / NORTHERN BRANCH

RENE C. DAVIDSON ALAMEDA COUNTY COURTHOUSE

| | |
|---|---|
| TAMEIKA MORI,<br><br>         Plaintiff,<br><br>      vs.<br><br>TAYLOR MACHINE WORKS, INC.;<br>VOLVO GROUP NORTH AMERICA, LLC;<br>DOES 1 to 30,<br><br>         Defendants. | CASE NO. RG19004473<br><br>**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**<br><br>[Assigned for All Purposes to:<br>The Hon. Evelio Grillo – Dept. 15]<br><br>Action Filed:   January 23, 2019<br>Trial Date:     None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT on March 25, 2019, defendant Volvo Group North America, LLC filed a Notice of Removal in the United States District Court for the Northern District of California. The filing of the Notice of Removal in the United States District Court together with the filing of a copy of the Notice of the Removal with this Court effects the removal of the above-entitled action.

/ / /

/ / /

/ / /

/ / /

/ / /

4824-5279-1438.1

NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

1    A true and correct copy of the Notice of Removal is attached as **Exhibit A** to the Notice to

2   Adverse Party of Removal to Federal Court, which is filed and served concurrently herewith.

3

4   DATED: March 25, 2019                LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6                                        By: _____

7                                             Steven A. Dabrowski

8                                             Attorneys for Defendant VOLVO GROUP
                                             NORTH AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

## CALIFORNIA STATE COURT PROOF OF SERVICE

2

Mori v. VGNA - Case No. RG19004473

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

5

6

On March 25, 2019, I served the following document(s): **NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**

7

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

8

9

Michael Villeggiante, Esq.
WELTIN, STREB, & WELTIN, LLP
1432 Martin Luther King Jr. Way

10

Oakland, CA 94612
Tel:    510-251-6060

11

Fax:    510-251-6040
Email: mvilleggiante@weltinlaw.com

12

*Attorneys for Plaintiff Tameika Mori*

13

The documents were served by the following means:

14

15

☒     (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

16

☒       Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

17

18

19

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

20

Executed on March 25, 2019, at Los Angeles, California.

21

22

23

_____
SAMANTHA COX

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4824-5279-1438.1

3

NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

# EXHIBIT "A"

1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
  ANTHONY E. SONNETT, SB# 163182
2   E-Mail: Anthony.Sonnett@lewisbrisbois.com
  STEVEN A. DABROWSKI, SB# 294194
3   E-Mail: Steven.Dabrowski@lewisbrisbois.com
  633 West 5ᵗʰ Street, Suite 4000
4 Los Angeles, California 90071
  Telephone: 213.250.1800
5 Facsimile: 213.250.7900

6 Attorneys for Defendant
  VOLVO GROUP NORTH AMERICA,
7 LLC

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
10

11
   TAMEIKA MORI,                          CASE NO.
12                                        Lower Case No. RG19004473
              Plaintiff,
13
        vs.                               **NOTICE OF REMOVAL OF**
14                                        **ACTION UNDER 28 U.S.C. 1441(b)**
   TAYLOR MACHINE WORKS, INC.;            **DIVERSITY**
15 VOLVO GROUP NORTH AMERICA,
   LLC; DOES 1 to 30,
16
              Defendants.
17

18 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

19       PLEASE TAKE NOTICE that defendant Volvo Group North America, LLC

20 ("VGNA" or "defendant") hereby removes to this Court the State Court action

21 described below:

22       1.    On January 23, 2019, an action was commenced in the Superior Court

23 of the State of California in and for the County of Alameda, entitled *Tameika Mori,*

24 *Plaintiff, v. Taylor Machine Works, Inc.; Volvo Group North America, LLC; Does 1*

25 *to 30, Defendants,* Case Number RG19004473.  A copy of plaintiff's complaint and

26 accompanying documents is attached hereto as **Exhibit A**.  A copy of defendant's

27 answer to the complaint is attached hereto as **Exhibit B**.

28       2.    The first date upon which defendant received a copy of the complaint

4840-9256-7182.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   was February 22, 2019, when defendant's agent for service of process was served

2   with a copy of the complaint and a summons.  Copies of the summons and notice of

3   service of process to VGNA are attached collectively hereto as **Exhibit C**.

4      3.  This is a civil action of which this Court has original jurisdiction under

5   28 U.S.C. § 1332, and is one which may be removed to this Court by defendant

6   pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of

7   different states and the matter in controversy exceeds the sum of $75,000, exclusive

8   of interest and costs.  Attached to plaintiff's complaint is a Statement of Damages

9   which demonstrates plaintiff is seeking damages in the amount of $5,400,000.

10     4.  Complete diversity of citizenship exists.  Plaintiff is a citizen of the

11  State of California.  Defendant Volvo Group North America, LLC is a Delaware

12  corporation with a principal place of business in the State of North Carolina.

13  Defendant Taylor Machine Works, Inc. is a Mississippi corporation with a principal

14  place of business in the State of Mississippi.

15     5.  Co-Defendant Taylor Machine Works, Inc. has consented to the

16  removal of the State Court action to the United States District Court for the Northern

17  District of California.

18     6.  Removal to the United States District Court, Northern District, Oakland

19  Division is proper as the State Court action is venued in Alameda County.

20

21  DATED: March 25, 2019    LEWIS BRISBOIS BISGAARD & SMITH LLP

22

23

24            By: _____

25              Steven A. Dabrowski
                Attorneys for Defendant VOLVO GROUP

26              NORTH AMERICA, LLC

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4840-9256-7182.1

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) DIVERSITY

# EXHIBIT "A"

FEB 0 1 2019

**PLD-PI-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Michael Villeggiante SBN 284860
Weltin, Streb, & Weltin, LLP
1432 Martin Luther King Jr. Way
Oakland, CA 94612

TELEPHONE NO: 510-251-6060   FAX NO. (Optional): 510-251-6040
E-MAIL ADDRESS (Optional): mvilleggiante@weltinlaw.com
ATTORNEY FOR (Name): Tameika Mori

FOR COURT USE ONLY

ENDORSED
FILED
ALAMEDA COUNTY

JAN 2 2019

CLERK OF THE SUPERIOR COURT
By: ERICA BAKER, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Unlimited Jurisdiction / Northern Branch

PLAINTIFF: Tameika Mori

DEFENDANT: Taylor Machine Works, Inc.; Volvo Group North
America, LLC;

[✓] DOES 1 TO  30

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [✓] OTHER (specify): Products Liability
[ ] Property Damage   [ ] Wrongful Death
[✓] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded   [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:

RG19004473

1. Plaintiff (name or names):  Tameika Mori
   alleges causes of action against defendant (name or names):
   Taylor Machine Works, Inc.; Volvo Group North America, LLC; Does 1-30
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Mori v. Taylor Machine Works, Inc. | |

4. ☐ Plaintiff (name):

   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Taylor Machine Works, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☑ except defendant (name): Volvo Group North America, LLC
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (6) ☑ other (specify):
          LLC

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-30 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-30 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Mori v. Taylor Machine Works, Inc. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☑ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 1/16/19

Michael Villeggiante
       (TYPE OR PRINT NAME)

                                                 (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Mori v. Taylor Machine Works, Inc. | |

First _____ **CAUSE OF ACTION—Products Liability**   Page ___4___
   (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*
Plaintiff *(name):* Tameika Mori

Prod. L-1. On or about *(date):* July 1, 2017                plaintiff was injured by the following product:

Reach stacker container loader known colloquially as a "top pick," believed to be a Taylor Machine Works, Inc. model XLC-976

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
      The product was defective when it left the control of each defendant. The product at the time of injury was being
      [✓] used in the manner intended by the defendants.
      [✓] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not
            readily apparent. Adequate warnings of the danger were not given.
Prod. L-3. Plaintiff was a
      [ ] purchaser of the product.              [✓] user of the product.
      [ ] bystander to the use of the product.      [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4.  [✓]  **Count One—Strict liability** of the following defendants who
         a.  [✓]  manufactured or assembled the product *(names):*
               Taylor Machine Works, Inc.; Volvo Group North America, LLC;

               [✓] Does 1 _____ to 30 _____
         b.  [✓]  designed and manufactured component parts supplied to the manufacturer *(names):*
               Taylor Machine Works, Inc.; Volvo Group North America, LLC;

               [✓] Does 1 _____ to 30 _____
         c.  [✓]  sold the product to the public *(names):*
               Taylor Machine Works, Inc.; Volvo Group North America, LLC;

               [✓] Does 1 _____ to 30 _____
Prod. L-5.  [✓]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
         Taylor Machine Works, Inc.; Volvo Group North America, LLC;
               [✓] Does 1 _____ to 30 _____
Prod. L-6.  [✓]  **Count Three—Breach of warranty** by the following defendants *(names):*
         Taylor Machine Works, Inc.; Volvo Group North America, LLC;
               [✓] Does 1 _____ to 30 _____
         a.  [✓]  who breached an implied warranty
         b.  [✓]  who breached an express warranty which was
               [✓] written  [ ] oral
Prod. L-7.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
               [ ] listed in Attachment-Prod. L-7  [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

CIV-050

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Michael Villeggiante SBN 284860<br>Weltin, Streb, & Weltin, LLP<br>1432 Martin Luther King Jr. Way<br>Oakland, CA 94612 | T: 510-251-6060<br>F: 510-251-6040<br>E: mvilleggiante@weltinlaw.com | |

ATTORNEY FOR (name):  Tameika Mori

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda**
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Unlimited Jurisdiction / Northern Branch

PLAINTIFF: Tameika Mori
DEFENDANT: Taylor Machine Works, Inc.; Volvo Group North America, LLC; Does 1-30

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER: |
|---|---|

To (name of one defendant only):  Taylor Machine Works, Inc.
Plaintiff (name of one plaintiff only): Tameika Mori
seeks damages in the above-entitled action, as follows:

**1. General damages**

|   |   | AMOUNT |
|---|---|---|
| a. ☑ Pain, suffering, and inconvenience | | $ 1,400,000 |
| b. ☑ Emotional distress | | $ 1,400,000 |
| c. ☐ Loss of consortium | | $ |
| d. ☐ Loss of society and companionship (wrongful death actions only) | | $ |
| e. ☐ Other (specify) | | $ |
| f. ☐ Other (specify) | | $ |
| g. ☐ Continued on Attachment 1.g. | | |

**2. Special damages**

| a. ☑ Medical expenses (to date) | $ 400,000 |
|---|---|
| b. ☑ Future medical expenses (present value) | $ 400,000 |
| c. ☑ Loss of earnings (to date) | $ 400,000 |
| d. ☑ Loss of future earning capacity (present value) | $ 1,400,000 |
| e. ☐ Property damage | $ |
| f. ☐ Funeral expenses (wrongful death actions only) | $ |
| g. ☐ Future contributions (present value) (wrongful death actions only) | $ |
| h. ☐ Value of personal service, advice, or training (wrongful death actions only) | $ |
| i. ☐ Other (specify) | $ |
| j. ☐ Other (specify) | $ |
| k. ☐ Continued on Attachment 2.k. | |

**3. ☐ Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify) $ _____ when pursuing a judgment in the suit filed against you.

Date: 1/16/19

Michael Villeggiante
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115<br>www.courtinfo.ca.gov

Page 1 of 2

**· DO NOT FILE WITH THE COURT·**

**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Michael Villeggiante SBN 284860<br>Weltin, Streb, & Weltin, LLP<br>1432 Martin Luther King Jr. Way<br>Oakland, CA 94612 | T: 510-251-6060<br>F: 510-251-6040<br>E: mvilleggiante@weltinlaw.com | |

ATTORNEY FOR (Name): Tameika Mori

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda**

STREET ADDRESS: 1225 Fallon Street

MAILING ADDRESS:

CITY AND ZIP CODE: Oakland, CA 94612

BRANCH NAME: Unlimited Jurisdiction / Northern Branch

PLAINTIFF: Tameika Mori

DEFENDANT: Taylor Machine Works, Inc.; Volvo Group North America, LLC; Does 1-30

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER: |
|---|---|

To (name of one defendant only):   Volvo Group North America, LLC

Plaintiff (name of one plaintiff only): Tameika Mori

seeks damages in the above-entitled action, as follows:

|  |  | AMOUNT |
|---|---|---|
| **1. General damages** | | |
| a. ☑ Pain, suffering, and inconvenience | | $ 1,400,000 |
| b. ☑ Emotional distress | | $ 1,400,000 |
| c. ☐ Loss of consortium | | $ |
| d. ☐ Loss of society and companionship (wrongful death actions only) | | $ |
| e. ☐ Other (specify) | | $ |
| f. ☐ Other (specify) | | $ |
| g. ☐ Continued on Attachment 1.g. | | |
| **2. Special damages** | | |
| a. ☑ Medical expenses (to date) | | $ 400,000 |
| b. ☑ Future medical expenses (present value) | | $ 400,000 |
| c. ☑ Loss of earnings (to date) | | $ 400,000 |
| d. ☑ Loss of future earning capacity (present value) | | $ 1,400,000 |
| e. ☐ Property damage | | $ |
| f. ☐ Funeral expenses (wrongful death actions only) | | $ |
| g. ☐ Future contributions (present value) (wrongful death actions only) | | $ |
| h. ☐ Value of personal service, advice, or training (wrongful death actions only) | | $ |
| i. ☐ Other (specify) | | $ |
| j. ☐ Other (specify) | | $ |
| k. ☐ Continued on Attachment 2.k. | | |

3. ☐ Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $
when pursuing a judgment in the suit filed against you.

Date: 1/16/19

Michael Villeggiante

(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov



# Superior Court of California, County of Alameda
## Alternative Dispute Resolution (ADR) Information Packet

The person who files a civil lawsuit (plaintiff) must include the ADR Information Packet with the complaint when serving the defendant. Cross complainants must serve the ADR Information Packet on any new parties named to the action.

---

The Court *strongly encourages* the parties to use some form of ADR before proceeding to trial. You may choose ADR by:

- Indicating your preference on Case Management Form CM-110;

- Filing the Stipulation to ADR and Delay Initial Case Management Conference for 90 Days (a local form included with the information packet); or

- Agree to ADR at your Initial Case Management Conference.

**QUESTIONS?** Call (510) 891-6055. Email adrprogram@alameda.courts.ca.gov
Or visit the court's website at http://www.alameda.courts.ca.gov/adr

---

### What Are The Advantages Of Using ADR?

- *Faster* — Litigation can take years to complete but ADR usually takes weeks or months.

- *Cheaper* — Parties can save on attorneys' fees and litigation costs.

- *More control and flexibility* — Parties choose the ADR process appropriate for their case.

- *Cooperative and less stressful* — In mediation, parties cooperate to find a mutually agreeable resolution.

- *Preserve Relationships* — A mediator can help you effectively communicate your interests and point of view to the other side. This is an important benefit when you want to preserve a relationship.

### What Is The Disadvantage Of Using ADR?

- *You may go to court anyway* — If you cannot resolve your dispute using ADR, you may still have to spend time and money resolving your lawsuit through the courts.

### What ADR Options Are Available?

- *Mediation* — A neutral person (mediator) helps the parties communicate, clarify facts, identify legal issues, explore settlement options, and agree on a solution that is acceptable to all sides.

  - **Court Mediation Program:** Mediators do not charge fees for the first two hours of mediation. If parties need more time, they must pay the mediator's regular fees.

Some mediators ask for a deposit before mediation starts which is subject to a refund for unused time.

o **Private Mediation:** This is mediation where the parties pay the mediator's regular fees and may choose a mediator outside the court's panel.

* *Arbitration* – A neutral person (arbitrator) hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial and the rules of evidence are often relaxed. Arbitration is effective when the parties want someone other than themselves to decide the outcome.

o **Judicial Arbitration Program (non-binding):** The judge can refer a case or the parties can agree to use judicial arbitration. The parties select an arbitrator from a list provided by the court. If the parties cannot agree on an arbitrator, one will be assigned by the court. There is no fee for the arbitrator. The arbitrator must send the decision (award of the arbitrator) to the court. The parties have the right to reject the award and proceed to trial.

o **Private Arbitration** (binding and non-binding) occurs when parties involved in a dispute either agree or are contractually obligated. This option takes place outside of the courts and is normally binding meaning the arbitrator's decision is final.

### Mediation Service Programs In Alameda County

Low cost mediation services are available through non-profit community organizations. Trained volunteer mediators provide these services. Contact the following organizations for more information:

**SEEDS Community Resolution Center**
1968 San Pablo Avenue, Berkeley, CA  94702-1612
Telephone: (510) 548-2377    Website: www.seedscrc.org
Their mission is to provide mediation, facilitation, training and education programs in our diverse communities – Services that Encourage Effective Dialogue and Solution-making.

**Center for Community Dispute Settlement**
291 McLeod Street, Livermore, CA  94550
Telephone: (925) 373-1035    Website: www.trivalleymediation.com
CCDS provides services in the Tri-Valley area for all of Alameda County.

*For Victim/Offender Restorative Justice Services*
**Catholic Charities of the East Bay: Oakland**
433 Jefferson Street, Oakland, CA  94607
Telephone: (510) 768-3100    Website: www.cceb.org
Mediation sessions involve the youth, victim, and family members work toward a mutually agreeable restitution agreement.

**ALA ADR-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS** | CASE NUMBER: |
|---|---|

**INSTRUCTIONS:  All applicable boxes must be checked, and the specified information must be provided.**

This stipulation is effective when:

- All parties have signed and filed this stipulation with the Case Management Conference Statement at least 15 days before the initial case management conference.
- A copy of this stipulation has been received by the ADR Program Administrator, 1225 Fallon Street, Oakland, CA 94612.

1. Date complaint filed: _____. An Initial Case Management Conference is scheduled for:

   Date:                          Time:                          Department:

2. Counsel and all parties certify they have met and conferred and have selected the following ADR process *(check one)*:

   ☐ Court mediation          ☐ Judicial arbitration

   ☐ Private mediation        ☐ Private arbitration

3. All parties agree to complete ADR within 90 days and certify that:

   a. No party to the case has requested a complex civil litigation determination hearing;
   b. All parties have been served and intend to submit to the jurisdiction of the court;
   c. All parties have agreed to a specific plan for sufficient discovery to make the ADR process meaningful;
   d. Copies of this stipulation and self-addressed stamped envelopes are provided for returning endorsed filed stamped copies to counsel and all parties;
   e. Case management statements are submitted with this stipulation;
   f. All parties will attend ADR conferences; and,
   g. The court will not allow more than 90 days to complete ADR.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PLAINTIFF)

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

Form Approved for Mandatory Use<br>Superior Court of California,<br>County of Alameda<br>ALA ADR-001 [New January 1, 2010]     **STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**     Cal. Rules of Court,<br>rule 3.221(a)(4)

**ALA ADR-001**

| PLAINTIFF/PETITIONER: | CASE NUMBER.: |
|---|---|
| DEFENDANT/RESPONDENT: | |

Date:

_____          ▶  _____
        (TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT)

Date:

_____          ▶  _____
        (TYPE OR PRINT NAME)                              (SIGNATURE OF ATTORNEY FOR DEFENDANT)

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 (New January 1, 2010)

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR)
AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court,
rule 3.221(a)(4)

# EXHIBIT "B"

1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   ANTHONY E. SONNETT, SB# 163182
2      E-Mail: Anthony.Sonnett@lewisbrisbois.com
   STEVEN A. DABROWSKI, SB# 294194
3      E-Mail: Steven.Dabrowski@lewisbrisbois.com
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant
   VOLVO GROUP NORTH AMERICA, LLC
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9        COUNTY OF ALAMEDA, UNLIMITED JURISDICTION / NORTHERN BRANCH

10            RENE C. DAVIDSON ALAMEDA COUNTY COURTHOUSE

11

| 12  TAMEIKA MORI, | CASE NO. RG19004473 |
|---|---|
| 13          Plaintiff, | **DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| 14      vs. | |
| 15  TAYLOR MACHINE WORKS, INC.; VOLVO GROUP NORTH AMERICA, LLC; | [Assigned for All Purposes to: The Hon. Evelio Grillo – Dept. 15] |
| 16  DOES 1 to 30, | |
| 17          Defendants. | Action Filed:    January 23, 2019<br>Trial Date:      None Set |

18

19  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

20       Defendant VOLVO GROUP NORTH AMERICA, LLC (hereinafter "Defendant") hereby

21  answers plaintiff's unverified complaint ("Complaint") as follows:

22       Pursuant to California Code of Civil Procedure Section 431.30(d), Defendant denies each

23  and every allegation of the Complaint herein and the whole thereof, and further denies that

24  plaintiff has been damaged in the sum or sums alleged, or in any sum whatsoever.  Defendant

25  further denies that plaintiff has sustained or will sustain any injury, damage or loss, if any, by

26  reason of any act or omission on the part of Defendant.

27  ///

28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-3785-8189.1

DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1.     Defendant alleges that the Complaint, and each and every separate cause of action therein, fails to state facts sufficient to constitute any cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations)

2.     Defendant alleges that plaintiff's causes of action are barred, in whole or in part, by the expiration of the applicable statutes of limitation, including, but not limited to, California Code of Civil Procedure §§ 335, 335.1, and 343, and all other applicable provisions of California's Code of Civil Procedure.

### THIRD AFFIRMATIVE DEFENSE

(Comparative Fault)

3.     Defendant alleges that the damages alleged by plaintiff, such damages being expressly denied, were proximately caused by the negligence, fault or carelessness of plaintiff and that such negligence, carelessness or fault comparatively reduces the percentage of any potential recovery from Defendant, if it should be found that Defendant committed any act entitling plaintiff to recovery, which Defendant expressly denies.

### FOURTH AFFIRMATIVE DEFENSE

(Third-Party Comparative Fault)

4.     Defendant alleges that the damages alleged by plaintiff, such damages being expressly denied, were proximately caused by the negligence, carelessness and/or other fault of firms, persons, corporations, or entities other than Defendant, and that such negligence, carelessness and/or fault bars recovery or comparatively reduces the percentage of any potential recovery attributable to Defendant, if it should be found that Defendant committed any act entitling plaintiff to recovery, which Defendant expressly denies.

### FIFTH AFFIRMATIVE DEFENSE

(Independent, Intervening or Superseding Causes)

5.     Defendant alleges that independent, intervening and superseding forces and/or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-3785-8189.1

2

DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

actions of third parties or plaintiff proximately caused or contributed to plaintiff's alleged losses or damages, if any, barring recovery from Defendant.

### SIXTH AFFIRMATIVE DEFENSE

(Misuse of Product)

6.     Defendant alleges that the alleged damages in question, if any, were the result of the misuse of the product in question.

### SEVENTH AFFIRMATIVE DEFENSE

(Failure to Follow Warning Supplied with Product)

7.     Any injuries or damages sustained by plaintiff by the product were proximately caused by the failure of plaintiff and/or other third parties, unrelated to Defendant, to follow the warning(s) supplied with the product, which warning(s) adequately warned of the risks involved in the product's use or misuse.

### EIGHTH AFFIRMATIVE DEFENSE

(Failure to Follow Written and/or Oral Instructions)

8.     Defendant alleges that plaintiff's damages, if any, were caused or contributed to by plaintiff's failure to comply with the written and oral instructions relating to use and maintenance of the product in question, and that plaintiff's recovery, if any, should therefore be diminished or barred in accordance with law.

### NINTH AFFIRMATIVE DEFENSE

(Improperly Named as Defendant)

9.     Defendant alleges that it is improperly named as a defendant in this action because it did not design, manufacture, assemble, or sell the Taylor Machine Works, Inc. model XLC-976 reach stacker, as alleged in the Complaint.  Further, Defendant is not now, nor has ever been, a manufacturer of reach stackers such as the model XLC-976 alleged in plaintiff's Complaint.

### TENTH AFFIRMATIVE DEFENSE

(State of the Art)

10.     Defendant alleges that the product involved in the subject incident conformed to the state of the art at the time of sale and was designed, manufactured, and tested pursuant to

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-3785-8189.1                                    3

DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

generally recognized and prevailing standards and in accordance with the applicable statutes, regulations, and requirements that governed the product in the jurisdiction in which it was intended to be sold at the time of design, manufacture and sale.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Duty)

11.     Defendant alleges that it had not assumed a duty to inspect, repair or maintain the product or products at issue, and as such the Complaint fails to state any cause of action against Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Join Necessary Parties)

12.     Defendant alleges that plaintiff has failed to join a party or parties necessary and indispensable to this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

13.     Defendant alleges that if plaintiff incurred any loss or damage as alleged in the Complaint, then plaintiff's damages were legally and proximately caused by, and arose out of, risks of which plaintiff had both knowledge and understanding and that plaintiff voluntarily assumed.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Misuse, Abuse and Failure to Maintain Product)

14.     Defendant alleges that plaintiff's damages, if any, were caused or contributed to by the misuse or abuse of and/or the failure to properly maintain and/or repair the product involved in the subject incident by plaintiff, or other third parties unrelated to Defendant.  To the extent there was an abuse, alteration, misuse, or unintended use of the product by plaintiff or others which was without Defendant's knowledge or approval and was a proximate cause of the loss or damage alleged in the Complaint, then to that same extent, such abuse, alteration, misuse or unintentional use shall bar recovery against Defendant.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-3785-8189.1

4

DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

## FIFTEENTH AFFIRMATIVE DEFENSE

(Alteration of Product)

15.    Defendant alleges the product in question was altered after it left Defendant's control, and this alteration proximately caused the losses and damages complained of, if there were any.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Sophisticated User)

16.    Defendant alleges that plaintiff was a sophisticated user of the product that is the subject of this suit, and that any dangers posed by the product were obvious or generally known to them, barring any claim by plaintiff for failure to warn.

## SEVENTEENTH AFFIRMATIVE DEFENSE

(Preemption)

17.    Defendant alleges that plaintiff's claims and/or causes of action are barred, in whole or in part, by the doctrine of preemption.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Failure to Make Reasonable Efforts to Minimize Loss)

18.    Defendant alleges that plaintiff has failed to act reasonably to minimize any loss or harm that they suffered, and could have avoided such harm by making reasonable efforts or expenditures.

## NINETEENTH AFFIRMATIVE DEFENSE

(Contribution)

19.    Defendant alleges that it is entitled to contribution from any person and entity whose negligence or other acts proximately contributed to the happening of the claimed incident or alleged injuries, if plaintiff should receive a verdict against Defendant.

## TWENTIETH AFFIRMATIVE DEFENSE

(Indemnification)

20.    Defendant alleges that it is entitled to indemnification by apportionment against all parties, persons, and entities whose negligence and/or acts contributed proximately to the



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    happening of the claimed incident or alleged damages.

2    ### TWENTY-FIRST AFFIRMATIVE DEFENSE

3    (Equitable Doctrines)

4    21.    Defendant alleges that the Complaint, including each and every cause of action

5    therein, is barred by the equitable doctrines of laches, unclean hands, and/or estoppel.

6    ### TWENTY-SECOND AFFIRMATIVE DEFENSE

7    (Release)

8    22.    Defendant alleges that plaintiff's claims are barred by any release and/or releases

9    executed by plaintiff and/or individuals, firms, corporations, or entities other than Defendant.

10   ### TWENTY-THIRD AFFIRMATIVE DEFENSE

11   (Waiver)

12   23.    Defendant alleges that plaintiff engaged in conduct and activities sufficient to

13   constitute waiver of any alleged breach of duty, negligence, act, omission, or any other conduct, if

14   any, as set forth in the Complaint.

15   ### TWENTY-FOURTH AFFIRMATIVE DEFENSE

16   (Non-Economic Damages Several Only)

17   24.    Defendant alleges that, pursuant to California Civil Code sections 1431.1 and

18   1431.2, Defendant's liability, if any, for non-economic damages shall be several only and shall not

19   be joint with any other existing defendant, potential defendant, cross-complainant, cross-

20   defendant, or other person or entity.  Defendant can only be held liable for the amount of non-

21   economic damages allocated to it in direct proportion to the percentage of fault, if any, determined

22   at trial, and a separate judgment shall be rendered against Defendant for that amount.

23   ### TWENTY-FIFTH AFFIRMATIVE DEFENSE

24   (Res Judicata/Collateral Estoppel)

25   25.    Defendant alleges that plaintiff's Complaint is barred, in whole or in part, by res

26   judicata or collateral estoppel.

27   ///

28   ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-3785-8189.1                                    6
DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

1

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

2

(Notice)

3        26.      Defendant alleges that plaintiff failed to give timely notice to Defendant concerning

4   any purported breach of warranty, express or implied, as required by California Commercial Code,

5   section 2607(3)(a).

6

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

7

(Express Warranty)

8        27.      Defendant alleges that if an express warranty was formed, said express warranty

9   was in lieu of any other warranties, expressed or implied, including any warranty of

10   merchantability or fitness for a particular purpose.

11

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

12

(Waiver of Warranties)

13        28.      Defendant alleges that plaintiff expressly waived any and all implied warranties not

14   specifically provided for in the warranty, if there were any.

15

## TWENTY-NINTH AFFIRMATIVE DEFENSE

16

(Settlement)

17        29.      Defendant alleges that any recovery or settlement plaintiff may have obtained from

18   other individuals, firms, corporations, or entities over whom Defendant has or had no control or

19   right of control, must reduce or bar altogether any recovery or judgment which plaintiff might

20   obtain from Defendant.

21

## THIRTIETH AFFIRMATIVE DEFENSE

22

(Violations of Cal. Civ. Code §§ 3333.3, 3333.4)

23        30.      Defendant alleges that plaintiff's damages, if any, are limited or barred by the

24   provisions of California Civil Code sections 3333.3 and 3333.4.

25

## THIRTY-FIRST AFFIRMATIVE DEFENSE

26

(Reservation of Rights)

27        31.      Defendant has insufficient knowledge or information upon which to form a belief

28   as to whether it may have additional affirmative defenses available.  Defendant reserves the right

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-3785-8189.1

7

DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

1   to assert additional affirmative defenses in the event discovery indicates that it will be appropriate

2   to do so.

3        WHEREFORE, Defendant prays that the Court enter a judgment:

4       1.    Dismissing plaintiff's Complaint as against Defendant, with prejudice;

5       2.    Awarding Defendant its costs and reasonable attorneys' fees;

6       3.    Granting Defendant such other and further relief as the Court may deem just and

7   appropriate.

8        DEFENDANT HEREBY REQUESTS A TRIAL BY JURY.

9

10   DATED: March 25, 2019           LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12                  By: _____

13                      Anthony E. Sonnett

14                      Steven A. Dabrowski
                     Attorneys for Defendant

15                      VOLVO GROUP NORTH AMERICA, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-3785-8189.1                8

DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

## CALIFORNIA STATE COURT PROOF OF SERVICE

Mori v. VGNA - Case No. RG19004473

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On March 25, 2019, I served the following document(s):  **DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Michael Villeggiante, Esq.
WELTIN, STREB, & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel:    510-251-6060
Fax:    510-251-6040
Email: mvilleggiante@weltinlaw.com

*Attorneys for Plaintiff Tameika Mori*

The documents were served by the following means:

☒   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒   Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 25, 2019, at Los Angeles, California.

_____
SAMANTHA COX

DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT "C"

FEB 0 1 2019

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br><br>Taylor Machine Works, Inc.; Volvo Group North America, LLC; Does 1-30<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>Tameika Mori | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*<br><br>ENDORSED<br>FILED<br>ALAMEDA COUNTY<br><br>CLERK OF THE SUPERIOR COURT<br>By: ERICA BAKER, Deputy |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Superior Ct. of Cal., County of Alameda<br>1225 Fallon Street<br>Oakland, CA 94612 | CASE NUMBER:<br>*(Número del Caso):*<br>RG19004473 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael Villeggiante; Weltin, Streb, & Weltin, LLP; 1432 MLK Jr. Way, Oakland, CA 94612; 510-251-6060

| | | | | |
|---|---|---|---|---|
| DATE:<br>*(Fecha)*  **JAN 23 2019** | | Clerk, by<br>*(Secretario)* | _(signature)_ | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* VOLVO GROUP NORTH AMERICA, LLC

under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☒ other *(specify):* LLC

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

 **CT Corporation**

**Service of Process Transmittal**
02/22/2019
CT Log Number 534975228

**TO:** Therence O Pickett, V.P., Gen Csl & Secretary
Volvo Group North America, Inc.
7900 National Service Rd
Greensboro, NC 27409-9416

**RE:** **Process Served in California**

**FOR:** Volvo Group North America, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | TAMEIKA MORI, PLTF. vs. TAYLOE MACHINE WORKS, INC. AND Volvo Group North America, LLC, DFTS. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT, ATTACHMENT(S), STIPULATION |
| **COURT/AGENCY:** | ALAMEDA COUNTY - SUPERIOR COURT, CA<br>Case # RG19004473 |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury - ON 07/01/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/22/2019 at 10:59 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 calendar days after this summons and legal papers are served on you to file |
| **ATTORNEY(S) / SENDER(S):** | MICHAEL VILLEGGIANTE<br>WELTIN, STREB, & WELTIN, LLP<br>1432 MARTIN LUTHER KING JR. WAY<br>OAKLAND, CA 94612<br>510-251-6060 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/22/2019, Expected Purge Date: 02/27/2019<br><br>Image SOP<br><br>Email Notification,  Therence O Pickett  therence.pickett@volvo.com<br><br>Email Notification,  Donna Niemann  donna.niemann@volvo.com<br><br>Email Notification,  Jennifer Brown  jennifer.brown@volvo.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 555 Capitol Mall<br>Suite 1000<br>Sacramento, CA 95814 |
| **TELEPHONE:** | 916-497-0656 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

1

## FEDERAL COURT PROOF OF SERVICE

2          Tameika Mori v. Taylor Machine Works, Inc., et al. - Case No.

3   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4          At the time of service, I was over 18 years of age and not a party to the action.
    My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I
5   am employed in the office of a member of the bar of this Court at whose direction
    the service was made.

6
           On March 25, 2019, I served the following document(s): **DEFENDANT**
7   **VOLVO GROUP NORTH AMERICA, LLC'S NOTICE OF INTERESTED**
    **PARTIES**

8
           I served the documents on the following persons at the following addresses
9   (including fax numbers and e-mail addresses, if applicable):

10  Michael Villeggiante, Esq.
    WELTIN, STREB, & WELTIN, LLP
11  1432 Martin Luther King Jr. Way
    Oakland, CA 94612
12  Tel:   510-251-6060
    Fax:   510-251-6040
13  Email:      mvilleggiante@weltinlaw.com

14  *Attorneys for Plaintiff Tameika Mori*

15         The documents were served by the following means:

16  ☒     (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package
           addressed to the persons at the addresses listed above and I deposited the
17         sealed envelope or package with the U.S. Postal Service, with the postage
           fully prepaid.

18
           I declare under penalty of perjury under the laws of the United States of
19  America and the State of California that the foregoing is true and correct.

20         Executed on March 25, 2019, at Los Angeles, California.

21

22

23                                 SAMANTHA COX

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4840-9256-7182.1