UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEIKA MORI,<br><br>        Plaintiffs,<br><br>v.<br><br>TAYLOR MACHINE WORKS, INC., et al.,<br><br>        Defendants. | Case No. 19-cv-01539-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 13, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   December 20, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 15, 2020.

DESIGNATION OF EXPERTS: June 15, 2020; REBUTTAL: July 17, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 14,2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 21, 2020;
    Opp. Due: September 4, 2020; Reply Due: September 11, 2020;
    and set for hearing no later than September 25, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: October 27, 2020 at 3:30 PM.

JURY TRIAL DATE: November 9, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

By 7/31/19, counsel shall inform the Court of the agreed upon ADR process they will participate in. The mediation deadline is 4/17/20.

Initial disclosures will be produced on 8/2/19.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 7/2/19

SUSAN ILLSTON
United States District Judge