UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMEIKA MORI,

    Plaintiffs,

v.

TAYLOR MACHINE WORKS, INC., et al.,

    Defendants.

Case No.  19-cv-01539-SI  (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is **October 2, 2020**.

DESIGNATION OF EXPERTS: **October 26, 2020**; REBUTTAL: **November 13, 2020**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is **December 4, 2020**.

DISPOSITIVE MOTIONS **SHALL** be filed by: **November 20, 2020**;
    Opp. Due: **December 4, 2020**; Reply Due: **December 11, 2020**;
    and set for hearing no later than **January 8, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **February 9, 2021 at 3:30 PM**.

TRIAL DATE: **February 22, 2021 at 8:30 AM.**
    Courtroom 1, 17th floor.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: July 15, 2020

_____
SUSAN ILLSTON
United States District Judge